United States District Court
Southern District of Texas
**ENTERED**
September 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THY NGOC NGUYEN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> WALLACE L. CARROLL, ALEJANDRO § <br> MAYORKAS, MERRICK GARLAND, § <br> and UNITED STATES CITIZENSHIP § <br> AND IMMIGRATION SERVICES § <br> § <br> Defendants. § | CIVIL ACTION NO. H-21-2077 |

## FINAL JUDGMENT

In accordance with the court's Order granting Defendants' Motion to Dismiss, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 28th day of September, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE